RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 3/29/16
BY MB

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JERMERA M. MAYO, Plaintiff | CIVIL ACTION NO. 1:16-CV-150 SECTION "P" |
| VERSUS | CHIEF JUDGE DRELL |
| CADDO CORRECTIONAL CENTER, ET AL., Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's complaint is hereby DENIED AND DISMISSED with prejudice as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 28th day of March, 2016.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT